12-1358-pr
Rivera v. Bhavsar

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of February, two thousand thirteen.

PRESENT:
> CHESTER J. STRAUB,
> PETER W. HALL,
> CHRISTOPHER F. DRONEY,
> *Circuit Judges*.

––––––––––––––––––––––––––––––––––––––––––

JOSE RIVERA,

> *Plaintiff-Appellant*,

> v.                                                          12-1358-pr

BEPEN BHAVSAR, Eastern Correctional Facility, Physician, MIKHAIL GUSMAN, Eastern Correctional Facility, Physician,

> *Defendants-Appellees*.

––––––––––––––––––––––––––––––––––––––––––

**FOR APPELLANT:**      Jose Rivera, *pro se*, Woodbourne, NY.

**FOR APPELLEES:**      Eric T. Schneiderman, Attorney General of the State of New York; Barbara D. Underwood, Solicitor General; Andrea Oser, Deputy Solicitor General; Zainab A. Chaudhry, Assistant Solicitor General of Counsel, Albany, NY.

Appeal from a judgment of the United States District Court for the Northern District of New York (D'Agostino, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Jose Rivera, proceeding *pro se*, appeals from the district court's grant of summary judgment, dismissing his 42 U.S.C. § 1983 action. We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). "In determining whether there are genuine issues of material fact, we are required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (internal quotations omitted). Summary judgment is appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the non-moving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986).

Upon such review, we conclude that Rivera's appeal is without merit substantially for the reasons articulated by the district court in its well-reasoned order. *Rivera v. Bhavsar*, No. 09-cv-1394 (N.D.N.Y. Mar. 13, 2012). We decline to consider Rivera's claim, raised for the first time on appeal, that Dr. Bepen Bhavsar was deliberately indifferent to his medical needs in prescribing Condylox gel because of his history of seizures and mental illness. *See In re Nortel Networks Corp. Secs. Litig.*, 539 F.3d 129,

132 (2d Cir. 2008).  We have considered all of Rivera's remaining arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk